IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01455-MEH-MJW

RONALD HICKOX,

    Plaintiff,

v.

TYLER SANCHEZ,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the Stipulation for Dismissal Against Tyler Sanchez with Prejudice [filed November 26, 2007; doc #26], which the Court construes as filed pursuant to Fed. R. Civ. P. 41(a). The Stipulation states that a settlement has been reached in this matter.

Accordingly, it is ORDERED that this matter is **dismissed with prejudice**, and all parties are to pay their own attorneys' fees and costs.

Dated at Denver, Colorado this 28th day of November, 2007.

                BY THE COURT:

                s/ Michael E. Hegarty
                Michael E. Hegarty
                United States Magistrate Judge